NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

### YOLANDA S. GEIREN,
*Petitioner,*

v.

### MERIT SYSTEMS PROTECTION BOARD,
*Respondent.*

---

2011-3163

---

Petition for review of the Merit Systems Protection Board in case no. CH0752100958-I-1.

---

## ON MOTION

---

## O R D E R

The United States Postal Service moves to reform the official caption to designate the Merit Systems Protection Board as the respondent. Yolanda S. Geiren has not responded.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case. We

determine that the Board should be designated as the respondent.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The Board should calculate its brief due date from the date of this order.

FOR THE COURT

_____SEP 2 7 2011_____        /s/ Jan Horbaly
            Date                      Jan Horbaly
                                      Clerk

cc: Yolanda S. Geiren
    Lartease M. Tiffith, Esq.
    Sara B. Rearden, Esq. (Copy of Petitioner's Informal
Brief Enclosed)

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 7 2011

JAN HORBALY
CLERK